

IT IS SO ORDERED
AS MODIFIED
Judge James Ware
4/23/2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN HALEY, individually and as Executor
of the Estate of Kitty Haley, deceased, et al.

Plaintiff(s),

v.

MYLAN LABORATORIES, INC., et al.

Defendant(s).

CASE NO. C08 04625 JW RS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)*   Private Mediation

The parties have discussed potential mediators. No mediator has been selected at this time.

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline   Premature. Substantial discovery needs to be completed first.

Dated: 4/6/09

Attorney for Plaintiff

Dated: 4/6/09

Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
✓    Private ADR

Deadline for ADR session
   X  90 days from the date of this order.
      other

IT IS SO ORDERED AS MODIFIED:

The Court has issued a Scheduling Order a deadline to complete discovery by August 8, 2010. Please see Docket Item No. 14. If the parties need additional time to complete their ADR process, the parties are to make any additional request for more time.

Dated: April 23, 2009

                                         United States District Judge James Ware