JAMES C. HYDE (SBN 88394)
BRIAN M. AFFRUNTI (SBN 227072)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: jhyde@rmkb.com
baffrunti@rmkb.com

Attorneys for Defendants
MYLAN INC. (erroneously sued herein as MYLAN LABORATORIES, INC.), MYLAN PHARMACEUTICALS INC. (erroneously sued herein as MYLAN PHARMACEUTICALS, INC.) MYLAN TECHNOLOGIES INC. (erroneously sued herein as MYLAN TECHNOLOGIES, INC.), UDL LABORATORIES, INC. and MYLAN BERTEK PHARMACEUTICALS INC. (erroneously sued herein as Doe 1)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN HALEY, individually and as Executor of the Estate of Kitty Haley, deceased, KENNETH HALEY, ERNEST HALEY, JR., and PATRICIA HALEY,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN LABORATORIES, INC., MYLAN PHARMACEUTICALS, INC., MYLAN TECHNOLOGIES, INC., UDL LABORATORIES, INC., and DOES 1 to 100, inclusive,<br><br>Defendant. | CASE NO. C08-04625 JW RS<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION**<br><br>Complaint Filed: June 10, 2008<br>Trial Date: Not yet assigned |

COMES NOW Plaintiffs JOHN HALEY, individually and as Executor of the Estate of Kitty Haley, deceased, KENNETH HALEY, ERNEST HALEY, JR. and PATRICIA HALEY and Defendants MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES

INC., UDL LABORATORIES, INC. and MYLAN BERTEK PHARMACEUTICALS INC., by and through their attorneys of record, and submit the following Stipulation and Proposed Order to Continue the Deadline for Completing Private Mediation:

1. On April 23, 2009, the Court referred this case to Private Mediation with said process to be completed by July 22, 2009.

2. The April 23, 2009 Order indicated that the Parties could seek additional time to complete the ADR Process.

3. This is an action for wrongful death allegedly arising from the prescribed use of a Fentanyl Transdermal System allegedly designed, manufactured, marketed and/or sold by Defendants (hereinafter "FTS"). Numerous factual issues remain in dispute including the decedent's medical health at the time she was prescribed the FTS and whether the decedent's alleged use of the FTS was the cause of her death. Further discovery needs to be conducted on these issues before the Parties can participate in meaningful mediation.

4. Since the April 23, 2009 Order, Defendants have subpoenaed medical records from all providers identified in Plaintiffs Rule 26(a)(1) initial disclosures. Defendants have not received any medical records in response to the subpoenas to date. Defendants intend to take the depositions of some or all of the decedent's treating physicians as well as other fact witnesses upon receipt of the subpoenaed records.

5. Defendants also intend to conduct written discovery concerning the likely cause of death for the decedent including a request for a Toxicology Report and/or Medical Examiner's Report identifying increased Fentanyl levels as the cause of death. Depositions will be necessary following receipt of any such records.

6. The parties need to complete further discovery, including the discovery identified herein, in order to be prepared to participate in a meaningful mediation.

7. The parties hereby request an extension to the deadline to complete private mediation by 120 days, with said process to be completed by November 18, 2009.

8. There have been no prior requests for modification of any scheduling order in this case.

9. All Discovery will close on August 2, 2010. A Pre-Trial Conference is scheduled for June 28, 2010 during which a trial date will be scheduled. The requested extension of the deadline for completion of mediation will not have any effect on discovery deadlines or the trial of this case.

IT IS SO STIPULATED.

Dated: July 21, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
JAMES C. HYDE
BRIAN M. AFFRUNTI
MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES INC., UDL, LABORATORIES, INC. and MYLAN BERTEK PHARMACEUTICALS INC.

Dated: July 21, 2009

AARON & WILSON, LLP

By: _____
ROBERT S. AARON
Attorneys for Plaintiffs

**ORDER**

Pursuant to the Stipulation above, the deadline to complete Private Mediation is extended and the Parties shall complete said process no later than November 18, 2009.

IT IS SO ORDERED.

Dated: July 27, 2009

_____
The Honorable James Ware
UNITED STATES DISTRICT JUDGE