JAMES C. HYDE (SBN 88394)
JULIAN PARDO de ZELA (SBN 246496)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: jhyde@rmkb.com, jpardodezela@rmkb.com

JENNIFER L. CAIRNS, appearing *Pro Hac Vice*
BRYAN C. BRANTLEY, appearing *Pro Hac Vice*
BRIAN K. PARKER, appearing *Pro Hac Vice*
McGUIRE WOODS LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222-3142
Email: jcairns@mcguirewoods.com
bbrantley@mcguirewoods.com
bparker@mcguirewoods.com

Attorneys for Defendants MYLAN INC. (erroneously sued herein as MYLAN LABORATORIES, INC.), MYLAN PHARMACEUTICALS INC. (erroneously sued herein as MYLAN PHARMACEUTICALS, INC.) MYLAN TECHNOLOGIES INC. (erroneously sued herein as MYLAN TECHNOLOGIES, INC.), UDL LABORATORIES, INC. and MYLAN BERTEK PHARMACEUTICALS INC. (erroneously sued herein as Doe 1)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN HALEY, individually and as Executor of the Estate of Kitty Haley, deceased, KENNETH HALEY, ERNEST HALEY, JR., and PATRICIA HALEY,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN LABORATORIES, INC., MYLAN PHARMACEUTICALS, INC., MYLAN TECHNOLOGIES, INC., UDL LABORATORIES, INC., and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. C08-04625 JW RS<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION**<br><br>Complaint Filed: June 10, 2008<br>Trial Date: Not yet assigned |

COMES NOW Plaintiffs JOHN HALEY, individually and as Executor of the Estate of Kitty Haley, deceased, KENNETH HALEY, ERNEST HALEY, JR. and PATRICIA HALEY and Defendants MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES INC., UDL LABORATORIES, INC. and MYLAN BERTEK PHARMACEUTICALS INC., by and through their attorneys of record, and submit the following Stipulation and Proposed Order to Continue the Deadline for Completing Private Mediation:

1. On April 23, 2009, the Court referred this case to Private Mediation with said process to be completed by July 22, 2009.

2. On July 27, 2009, the Court extended the time for completion of Mediation to November 18, 2009 to allow the parties additional time to conduct discovery the Parties believed was necessary for meaningful settlement discussions at Mediation.

3. The Parties completed the discovery believed to be necessary for a meaningful Mediation and set the matter to be mediated on November 12, 2009 by Retired San Francisco Superior Judge Alfred Chiantelli.

4. On November 3, 2009, Robert S. Aaron, counsel for Plaintiffs, started a jury trial in San Francisco Superior Court which is not expected to resolve prior to November 12, 2009. The Parties subsequently rescheduled the Mediation with Judge Chiantelli for December 22, 2009.

5. The Parties hereby request an extension of the deadline to complete private Mediation to January 29, 2010.

IT IS SO STIPULATED.

Dated: November 6, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ James C. Hyde
JAMES C. HYDE
JULIAN PARDO de ZELA
MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES INC., UDL, LABORATORIES, INC. and MYLAN BERTEK PHARMACEUTICALS INC.

1  Dated: November 5, 2009    AARON & WILSON, LLP

2

3              By: _____
                   ROBERT S. AARON
4                  Attorneys for Plaintiffs

5

6                          **ORDER**

7   Pursuant to the Stipulation above, the deadline to complete Private Mediation is extended

8   and the Parties shall complete said process no later than   January 29, 2010   .

9       IT IS SO ORDERED.

10  Dated: _____

11                          _____
                            The Honorable James Ware
12                          UNITED STATES DISTRICT JUDGE