IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Haley, et al., | NO. C 08-04625 JW |
| Plaintiffs, v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Mylan Laboratories, Inc., et al., | |
| Defendants. / | |

On January 27, 2010, Defendants informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 32.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **March 5, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **March 15, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **March 5, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: January 28, 2010

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Brian Michael Affrunti baffrunti@bwslaw.com
   James C. Hyde jhyde@rmkb.com
3  Jennifer Lynn Cairns jcairns@mcguirewoods.com
   Robert Scott Aaron rsaaron@aaron-wilson.com

**Dated: January 28, 2010**                                    **Richard W. Wieking, Clerk**

                                                               **By:      /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**