ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:   (415) 438-7800
Facsimile:    (415) 438-7808

**Attorneys for Plaintiffs**
JOHN HALEY, individually and as Executor
of the Estate of Kitty Halley, deceased,
KENNETH HALEY, ERNEST HALEY, JR.,
PATRICIA HALEY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN HALEY, individually and as Executor of the Estate of Kitty Haley, deceased, KENNETH HALEY, ERNEST HALEY, JR., PATRICIA HALEY,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN LABORATORIES, INC., MYLAN PHARMACEUTICALS, INC., MYLAN TECHNOLOGIES, INC., UDL LABORATORIES, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C08 04625 JW<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The parties submit this joint statement in response to the Court's Order to Show Cause re: Settlement dated and filed on January 28, 2010.

The parties have agreed upon a form of settlement agreement. The agreement has been provided to plaintiffs' counsel who in turn has provided the agreement to the individual plaintiffs. Per plaintiffs' counsel's discussions with his clients, the agreement has been executed by the out-of-state plaintiffs and is enroute to California for transmission to counsel. The anticipated date of return is early in the week of March 8, 2010, at which point, the fully-

executed agreement will be immediately forwarded to defense counsel, followed by provision of the settlement check to plaintiffs' counsel. It is anticipated that the foregoing can be accomplished on or before March 15, 2010, the current hearing date on the Order to Show Cause re: Settlement. To ensure sufficient time for a Stipulation of Dismissal to be filed with and signed by the Court, the parties request that the hearing on the Order to Show Cause re: Settlement be continued to **March 22, 2010 at 9 a.m.**

Respectfully submitted,

Dated: March 4, 2010

AARON & WILSON, LLP

By _____
ROBERT S. AARON
**Attorneys for Plaintiffs**
JOHN HALEY, individually and as Executor of the Estate of Kitty Halley, deceased, KENNETH HALEY, ERNEST HALEY, JR., PATRICIA HALEY

Dated: March 4, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
JAMES C. HYDE
**Attorneys for Defendants**
MYLAN LABORATORIES INC. (erroneously sued herein as MYLAN LABORATORIES, INC.), MYLAN PHARMACEUTICALS INC. (erroneously sued herein as MYLAN PHARMACEUTICALS, INC.), MYLAN TECHNOLOGIES, INC., UDL LABORATORIES INC. (erroneously sued herein as MYLAN TECHNOLOGIES, INC.), and UDL LABORATORIES, INC.