IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Haley, et al., | NO. C 08-04625 JW |
| Plaintiffs, v. | **ORDER CONTINUING ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Mylan Laboratories, Inc., et al., | |
| Defendants. | |

This case is scheduled for a hearing on an Order to Show Cause Re: Settlement on March 22, 2010. The parties were required to file a Stipulated Dismissal or Joint Statement on or before March 15, 2010, but, to date, have failed to do so. (See Docket Item No. 33.) The Court issued its Order to Show Cause on January 28, 2010 and has continued the scheduled hearing in the light of the parties' representation that they needed additional time to complete their papers. (See Docket Item No. 35.) In light of the parties' failure to file a Stipulated Dismissal or Joint Statement to update the Court on their progress, the Court finds good cause for one final continuance of the hearing.

Accordingly, the Court CONTINUES the March 22, 2010 hearing to **March 29, 2010 at 9 a.m.** On or before **March 19, 2010**, the parties shall file either a Stipulated Dismissal, which will vacate the Conference, or a Joint Status Report updating the Court on their settlement efforts. This is the parties' final continuance. Failure to comply with this Order may result in sanctions.

Dated: March 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Michael Affrunti baffrunti@bwslaw.com
James C. Hyde jhyde@rmkb.com
Jennifer Lynn Cairns jcairns@mcguirewoods.com
Robert Scott Aaron rsaaron@;aaron-wilson.com

**Dated:  March 17, 2010**                                      **Richard W. Wieking, Clerk**

                                                                **By:      /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**