ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:    (415) 438-7800
Facsimile:    (415) 438-7808
Email:        rsaaron@aaron-wilson.com

**Attorneys for Plaintiffs**
JOHN HALEY, individually and as Executor
of the Estate of Kitty Halley, deceased,
KENNETH HALEY, ERNEST HALEY, JR.,
PATRICIA HALEY

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN HALEY, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN LABORATORIES, INC., et al., <br><br> Defendants. | Case No. C08 04625 JW <br><br> **STIPULATION OF DISMISSAL** <br><br><br> Complaint Filed:  June 10, 2008 <br> Trial Date:       Not yet assigned |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of the claims asserted by Plaintiffs, John Haley, individually and as Executor of the Estate of Kitty Haley, Deceased, Kenneth Haley, Ernest Haley, Jr., and Patricia Haley, against Defendants Mylan Inc. formerly known as Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., Mylan Technologies Inc. and UDL Laboratories Inc. This stipulation is electronically signed on behalf of all parties that have appeared in this action. Each party shall bear its own costs, attorneys' fees, and expenses. The Clerk shall close this file.

Dated: March 19, 2010                AARON & WILSON, LLP


                                     s/Robert S. Aaron
                                     ROBERT S. AARON
                                     **Attorneys for Plaintiffs**
                                     JOHN HALEY, individually and as
                                     Executor of the Estate of Kitty Halley,
                                     deceased, KENNETH HALEY, ERNEST
                                     HALEY, JR., PATRICIA HALEY

Stipulation of Dismissal.doc

1

| | | |
|---|---|---|
| 1 | Dated: March 19, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | s/James C. Hyde |
| | | JAMES C. HYDE |
| 4 | and | |
| 5 | Dated: March 19, 2010 | MCGUIRE WOODS LLP |

s/Jennifer L. Cairns
JENNIFER L. CAIRNS
**Attorneys for Defendants**
MYLAN LABORATORIES INC. (erroneously sued herein as MYLAN LABORATORIES, INC.), MYLAN PHARMACEUTICALS INC. (erroneously sued herein as MYLAN PHARMACEUTICALS, INC.), MYLAN TECHNOLOGIES, INC., UDL LABORATORIES INC. (erroneously sued herein as MYLAN TECHNOLOGIES, INC.), and UDL LABORATORIES, INC.

Case 5:08-cv-04625-JW   Document 38   Filed 03/25/10   Page 3 of 4

Haley v. Mylan Laboratories, et al.
U.S.D.C. Northern District of California Case No. C08-04625 JW RS
Our File No. 0567

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, Cristina d'Almeida, declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am self-employed in the City and County of San Francisco; my business address is 150 Post Street, Suite 400, San Francisco, California, 94108.

On March 19, 2010, I served the attached and/or enclosed:

**STIPULATION OF DISMISSAL**

on all parties in this action, at the following address(es):

> James C. Hyde, Esq.
> Brian M. Affrunti, Esq.
> Ropers, Majeski, Kohn & Bentley
> 50 West San Fernando Street, Suite 1400
> San Jose, CA  95113-2429
> Counsel for Defendants

Service was accomplished by causing either an original or a true copy of the above-referenced document(s) to be distributed as follows:

☒ BY MAIL: I caused such document(s) to be placed in a sealed envelope, addressed as indicated above, with prepaid first-class postage thereon, and then placed the envelope(s) for collection and mailing, in accordance with the firm's ordinary business practice. I am readily familiar with the firm's ordinary business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice correspondence for mailing is deposited with United States Postal Service on the date indicated for service, with prepaid first-class postage thereon.

☐ BY HAND DELIVERY: I caused such documents to be hand delivered to the addresses indicated above.

☐ VIA FACSIMILE: I caused such documents to be transmitted via facsimile to the parties indicated above, at their respective facsimile numbers.

☐ VIA EXPRESS CARRIER: I caused such documents to be collected by an agent for the United States Postal Service, United Parcel Service, Federal Express or other overnight carrier, to be delivered by way of overnight mail to the addresses indicated above.

Case 5:08-cv-04625-JW   Document 38   Filed 03/25/10   Page 4 of 4

*Haley v. Mylan Laboratories, et al.*
U.S.D.C. Northern District of California Case No. C08-04625 JW RS
Our File No. 0567

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on March 19, 2010, at San Francisco, California.

*[signature]*
Cristina d'Almeida